**DISMISS and Opinion Filed February 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00098-CV

### CESAR ROULETTE BUSTOS, Appellant
### V.
### MARJORIE BUSTOS, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-15568**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Francis

On February 11, 2014, the Court received a letter from appellant proceeding pro se informing the Court that, due to financial reasons, he is no longer able to pursue this appeal. We treat appellant's letter as a motion to dismiss the appeal. We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140098F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CESAR ROULETTE BUSTOS, Appellant

No. 05-14-00098-CV          V.

MARJORIE BUSTOS, Appellee

On Appeal from the 301st Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DF-13-15568.
Opinion delivered by Justice Francis.
Justices Moseley and Lang, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, MARJORIE BUSTOS, recover her costs of this appeal from appellant, CESAR ROULETTE BUSTOS.

Judgment entered February 25, 2014

/Molly Francis/

MOLLY FRANCIS
JUSTICE

1400098.R.docx          –2–